IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEOPLES STATE BANK OF WYALUSING, PA,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLSBURG TRUCK & AUTO SALES, INC. and THOMAS CICCOTTI,<br><br>  Defendants. | CIVIL ACTION NO. 3:CV-10-0433<br><br>(JUDGE CAPUTO) |

**ORDER**

**NOW**, this 5th day of March, 2013, **IT IS HEREBY ORDERED** that:

(1) Plaintiff Peoples State Bank of Wyalusing, PA's Motion for Partial Summary Judgment Against Wellsburg Truck & Auto Sales, Inc. (Doc. 56) and Motion for Partial Summary Judgment Against Thomas Ciccotti (Doc. 61) are **GRANTED**.

(2) Plaintiff's Motion to Strike Brief in Opposition to Peoples' Motion for Partial Summary Judgment Against Wellsburg Truck & Auto Sales, Inc. (Doc. 68) is **GRANTED**.

(3) Plaintiff's Motion to Strike Exhibits A, C, D, E, F, G, and I of the Brief in Opposition to Peoples' Motion for Partial Summary Judgment Against Thomas Ciccotti (Doc. 70) is **GRANTED**.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge